IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Case No. 5:19-cv-170

| | |
|---|---|
| KENNEY PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

Plaintiff Kenney Properties, Inc. and Defendant Philadelphia Indemnity Insurance Company, having resolved the dispute that formed the subject matter of the instant action and all Parties having performed the agreed-upon duties to secure resolution of that dispute, hereby stipulate that the matter should be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

So stipulated, this 2nd day of April, 2020.

**CRANFILL SUMNER & HARTZOG, LLP**

By: /s/ Theodore B. Smyth
Theodore B. Smyth
N.C. State Bar No. 10045
tsmyth@cshlaw.com
P.O. Box 17808
Raleigh, NC 27611-7808
Telephone: 919-828-5100
Facsimile: 919-828-2277

*Attorney for Plaintiff Kenney Properties, Inc.*

**GOLDBERG SEGALLA, LLP**

By: /s/ David L. Brown
     David L. Brown
     N.C. State Bar No. 18942
     dbrown@goldbergsegalla.com
     701 Green Valley Road, Suite 310
     Greensboro, NC 27408
     Telephone:    336-419-4902
     Facsimile:     336-419-4950

     Robert D. Whitney
     N.C. State Bar No. 47192
     rwhitney@goldbergsegalla.com
     421 Fayetteville Street, Suite 1210
     Raleigh, NC 27601
     Telephone:    919-582-0801
     Facsimile:     919-582-0899

     *Attorneys for Defendant*
     *Philadelphia Indemnity Insurance Company*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing (NEF) as follows:

>Theodore B. Smyth
>Cranfill Sumner & Hartzog LLP
>P.O. Box 27808
>Greensboro, NC  27611-7800
>tsmyth@cshlaw.com
>*Attorney for Plaintiff*

This 2nd day of April, 2020

>**GOLDBERG SEGALLA, LLP**
>
>By: /s/ David L. Brown
>David L. Brown
>N.C. State Bar No. 18942
>dbrown@goldbergsegalla.com
>701 Green Valley Road, Suite 310
>Greensboro, NC 27408
>Telephone: 336-419-4902
>Facsimile: 336-419-4950
>
>Robert D. Whitney
>N.C. State Bar No. 47192
>rwhitney@goldbergsegalla.com
>421 Fayetteville Street, Suite 1210
>Raleigh, NC 27601
>Telephone: 919-582-0801
>Facsimile: 919-582-0899
>
>*Attorneys for Defendant*
>*Philadelphia Indemnity Insurance Company*